```
-----------------------------------------X
In the Matter of the Claim of            :    NOTICE OF CLAIM
                                         :
Melvin McCleod                           :
                                         :
                    Claimant.            :
-----------------------------------------X
```

To:

    City of New York
    Office of Comptroller
    1 Centre Street
    Municipal Building
    New York, NY 10007

PLEASE TAKE NOTICE that the claimant makes claim and demand against the City of New York:

NAME AND ADDRESS OF CLAIMANT:

Melvin McCleod
2501 West Alabama Christian Drive, Apt. 222
Montgomery, Alabama 36109

NATURE OF CLAIM:

Claimant was falsely arrested, imprisoned and maliciously prosecuted in violation of his rights. Claimant seeks damages for false arrest, false imprisonment, malicious prosecution, deprivation of federal and state constitutional and civil rights, violations of 42 U.S.C. Sections 1983, the Fourth and Fourteenth Amendments to the United States Constitution.

All charges have been dismissed in plaintiff's favor on January 11, 2007 in Part Jury One in Brooklyn Criminal Court, Brooklyn, NY.

TIME, PLACE AND MANNER IN WHICH THE CLAIM AROSE:

The police misconduct occurred at approximately 7:30pm on February 10, 2006 and February 24, 2006 at 8:20pm 340 Clifton Place, Brooklyn, NY.

ITEMS OF DAMAGE OR INJURIES CLAIMED:

Include, but are not limited to psychological and physical distress, pain and suffering, damage to property, fear and other trauma, legal expenses, deprivation of liberty, and economic loss.

The undersigned presents this claim and demands a reasonable amount to compensate claimant for his injuries for adjustment and payment, and notifies you that unless the same is adjusted and paid within the time provided by law from the date of its presentment to you, it is the intention of the undersigned to commence an action thereon.

Dated  04-05-07          (date)
_____ (place)

## VERIFICATION

State of New York )
County of Kings   )     ss:

I, Melvin McCleod, am the Claimant in the above entitled action. I have read this notice of claim and know the contents to be true.

*False statements made herein are punishable as a class A misdemeanor pursuant to section 210.45 of the penal law.

_____
Melvin McCleod

Sworn to before me this 5 day of March, 2007.

_____
NOTARY PUBLIC

My Commission expires April 7, 2009