```
CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS                              CERTIFICATE OF DISPOSITION
                                                  NUMBER:  178861
THE PEOPLE OF THE STATE OF NEW  YORK
                     VS

MCCLEOD,MELVIN                                    04/07/1963
Defendant                                      Date of Birth

340 CLIFTON PLACE                                 0470186Y
Address                                        NYSID Number

BROOKLYN              NY                          02/10/2006
City            State     Zip                  Date of Arrest/Issue

Docket Number: 2006KN010218                    Summons No:

220.18 220.16 220.50 220.03 220.06 220.09
Arraignment Charges


Case Disposition Information:

    Date           Court Action                  Judge                Part
 02/16/2006   DISMISSED AND SEALED             WILSON,J              APAR3
```

NO FEE CERTIFICATION

_ GOVERNMENT AGENCY          _ COUNSEL ASSIGNED

_ NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED

  SOURCE  _ ACCUSATORY INSTRUMENT  _ DOCKET BOOK/CRIMS  _ CRC3030[CRS963]

     I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
THIS COURT.

SINKLER,R
COURT OFFICIAL SIGNATURE AND SEAL       06/21/2007
                                         DATE          FEE: NONE

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
          SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)