```
CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS                            CERTIFICATE OF DISPOSITION
                                                NUMBER:  178860
THE PEOPLE OF THE STATE OF NEW YORK
                VS

MCCLEOD,MELVIN                                    04/07/1963
Defendant                                      Date of Birth

340 CLIFTON PLACE                                 0490239L
Address                                        NYSID Number

BROOKLYN              NY    11216                 02/24/2006
City                  State  Zip               Date of Arrest/Issue

Docket Number: 2006KN013429                    Summons No:

220.03 220.16 220.50 221.05
Arraignment Charges


Case Disposition Information:

    Date          Court Action                 Judge              Part
 01/11/2007   DISMISSED - MOTION OF DA      WILLIAMS,B            BTP1
```

**NO FEE CERTIFICATION**

_ GOVERNMENT AGENCY       _ COUNSEL ASSIGNED

_ NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED

   SOURCE  _ ACCUSATORY INSTRUMENT  _ DOCKET BOOK/CRIMS  _ CRC3030[CRS963]

     I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
THIS COURT.
SINKLER                                    06/21/2007
COURT OFFICIAL SIGNATURE AND SEAL             DATE         FEE: NONE

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
         SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)