K 023-200

# SEARCH WARRANT
## CRIMINAL COURT OF THE CITY OF NEW YORK

Part AR3, County of Kings

In the name of the People of the State of New York.

To any police officer of the City of New York.

Proof by affidavit (or deposition) having been made this day before me by Detective Sonia Herrera, Shield No. 7825, Brooklyn North Narcotics District,

that there is probable cause for believing that certain property namely: marihuana; controlled substances; paraphernalia commonly used to process and package controlled substances and marihuana; documents relating to the illegal trafficking of cocaine and marihuana and the ownership of the location; and U.S. currency relating to the illegal trafficking of marihuana and cocaine and any computer hardware, computer software, cellular phones and any written record reflecting the passwords or encryption pass phrase used to secure or limit access to the computer and related storage devices, will be found in apartment 10 in 340 Clifton Place, Brooklyn, N.Y.

You are therefore commanded, to make an immediate search of:

**340 Clifton Place, apartment 10**

340 Clifton Place is located between Marcy and Nostrand Avenues. The number "340" appears on the front of the building. To access the subject location from the street, one walks up several stairs until reaching a front door. One goes through the front door and into a small vestibule area. One then walks through a second door and into the lobby. There is a hallway straight ahead. One walks down the hallway until reaching a staircase on the right hand side. One then takes the stairs to the third floor. Upon reaching the top of the stairs one makes a left. There is a door that is green in color and is marked "10". This is the door of the location to be searched.

and if upon finding any such property or any part thereof to bring it before me at Part AR3, 120 Schermerhorn Street, Brooklyn, New York.

Dated: Brooklyn, New York
February 24, 2006

_____
JUDGE

AR3  FEB 24 2006
JUDGE MCGUIRE
REP.  POLO

Reviewed by: ADA Rios