ARREST Report - K06615879                                                                                              Page 1 of



# New York City Police Department
## Omniform System - Arrests

**RECORD STATUS:** ARR PRC CMPL                                   Arrest ID: K06615879 - H

**Arrest Location:** INSIDE OF 340 CLIFTON PLACE APT: 10                Pct: 079

**Arrest Date:** 02-24-2006  **Processing Type:** ON LINE
**Time:** 20:45:00           **DCJS Fax Number:** K0014243
  Sector: I                  **Special Event Code:** .
                             **DAT:** NO
  Stop And Frisk: NO         **Return Date:**
  Serial #: 2002-000-00000

### ARREST DATA - COMPLAINT NOT REQUIRED

Jurisdiction: NYPD          **NYC School Safety Data:**   **NYC Transit Data:**
Premises:                    On School Property:           Station:
Location Within: APARTMENT   School Type:                  Line #:
Occur Date/Time: 2006-02-24 - 20:45   School Num:          Location:
NYC Housing Development:     School Name:

### CHARGES:

**CHARGE ATTEMPT? LAW CODE CLASS TYPE COUNTS DESCRIPTION**
TOP   No   PL 220.16 01  F   B    1   CPCS-3RD:NARC DRUG INT/SELL

DWI Arrest from:                     # Injured:   # Fatalities:   Test Given:   B.A.C:    Reason Not Forfeit:
                                     00           00

                                                                               Arrest #: K06615879

### DETAILS:

AT TPO DURING THE EXECUTION OF A SEARCH WARRANT, DEFT WAS INSIDE LOCATION WHER
E A QUANTITY OF A CONTROLLED SUBSTANCE WAS RECOVERED

                                                                               Arrest #: K06615879

### DEFENDANT: MCCLEOD, MELVIN

Nick/AKA/Maiden                Height: 5FT 7IN            NYSID #:           Arrest #: K06615879
Sex: MALE                      Weight: 180                                   Order Of Protection: NO
Race: BLACK                    Eye Color: BROWN                              Issuing Court:
Age: 42                        Hair Color: SALT&P                            Docket #:
Date Of Birth: 04/07/1963      Hair Length: SHORT                            Expiration Date:
U.S. Citizen: YES              Hair Style: CREW                              Relation to Victim: STRANGER
Place Of Birth: NEW YORK       Skin Tone: DARK                               Living together: NO
Need Interpreter: NO           Complexion: CLEAR                             Can be Identified: YES
Language:
Accent: NO                     Soc Security #:

Physical Condition: APPARENTLY NORMAL   LIc/Permit Type:                     Gang Affiliation: NO
Drug Used: NONE                         LIc/Permit No:     Occupation: NONE   Name:
                                                                              Identifiers:

**LOCATION    ADDRESS                         CITY         STATE/CNTRY  ZIP   APT/ROOM  PCT**
HOME-PERMANENT 340 CLIFTON PLACE BROOKLYN NEW YORK         ,             10        079

Phone # and E-Mail Address

N Y C H A Resident: NO    N Y C Housing Employee: NO   On Duty:
Development:              N Y C Transit Employee: NO

Physical Force: NONE    Gun:                                                 Used Transit System:
Weapon: NONE            Make:                                                Station Entered:
Other:                  Color:                                               Time Entered:
                        Caliber:                                             Metro Card Type:
                        Type:                                                Metro Card Used/Poses:
                        Discharged: NO                                       Card #:

### CRIME DATA           DETAILS
MODUS OPERANDI           UNKNOWN
ACTIONS TOWARD VICTIM    UNK
CLOTHING                 ACCESSORIES - - BLACK
CLOTHING                 OUTERWEAR - T-SHIRT OR TANK TOP - UNKNOWN COLOR
CLOTHING                 HEADGEAR - UNK - UNKNOWN COLOR
CLOTHING                 FOOTWEAR - UNK - GRAY
CHARACTERISTICS          UNKNOWN
BODY MARKS               -UNKNOWN
BODY MARKS               -UNKNOWN
IMPERSONATION            UNKNOWN

### JUVENILE DATA:
Juvenile Offender   Relative Notified:  Personal Recog:
Number Of Priors: 0   Name:
School Attending:   Phone Called:
Mother's Maiden Name:  Time Notified:

### ASSOCIATED ARRESTS:
                                                                             Arrest #: K06615879

ARREST ID COMPLAINT #

DEFENDANTS CALLS:



ARREST Report - K06615879 Page 2 of



**CALL # NUMBER DIALED NAME CALLED DATE TIME**
1  REFUSED  02/24/2006 20:46

Arrest #: K06615879

**INVOICES:**

**INVOICE# COMMAND PROPERTY TYPE VALUE**

**ARRESTING OFFICER: DT3 SONIA HERRERA**   Arrest #: K06615879

| Tax Number: | On Duty: YES | Force Used: NO |
| Other ID (non-NYPD): | In Uniform: NO | Type: |
| Shield: 7826 | Squad: 79 | Reason: |
| Department: NYPD | Chart: 97 | Officer Injured: NO |
| Command: NAR BBN Primary Assignment: | | |

| Tax #: | Command: NAR BBN | Agency: NYPD |
| Tax #: | Command: 647 | Agency: NYPD |
| Tax #: | Command: 078 | Agency: NYPD |

Arresting Officer Name: DT3 HERRERA, SONIA
Supervisor Approving: SGT CABAN
Report Entered by: PAA HARPE

END OF ARREST REPORT
K06615879

