**FIELD TEST REPORT - BKLYN.**
PD 321-142 (9/98)-RMU

**TO BE USED IN BROOKLYN ONLY**

| # | | |
|---|---|---|
| 1 | **1. FIELD TEST RESULTS:** ☒ Positive ☐ Negative | |
| | **3. Prisoners Last Name:** MCLEOD  **First Name:** MELVIN  **2. Voucher #** N083663  **Date of Birth:** 4/7/63 | |
| | **4.** Were there any other narcotics seized or purchased that are associated with this voucher number? ☐ Yes ☒ No  If yes, list all companion narcotics voucher numbers. | |
| 2 | **1. Testing Officers Name (Print)** (If Undercover - list shield number in lieu of name): HERRERA  **2. Command:** NDBN  **3. Tax #** 923946  **4.** Officer performing test has conducted 20 or more field tests. ☒ Yes ☐ No | |
| | **5. Arresting Officers Last Name (Print):** _____ **First Name:** _____ **Command:** _____ **Tax #** _____ | |
| 3 | ☒ Check here if same as Testing Officer | |
| 4 | 1. Contents in this envelope was purchased by an undercover: ☐ Yes ☒ No | |
| 5 | 1. Contents in this envelope is narcotics recovered other than that purchased by an undercover: ☒ Yes ☐ No  **2. Quantity vouchered:** 39  Estimated total weight of narcotics vouchered greater than 1/8 oz. ☐ Yes ☐ No | |
| 6 | 1. Contents in this envelope was seized during the execution of a search warrant: ☒ Yes ☐ No | |
| 7 | (Check all applicable boxes and fill in all blanks) | |
| | **1. Drug Type/Field Test**  ☐ Heroin/Meckes Reagent  ☐ Cocaine/Cocaine Salts and Base Reagent  ☒ Marijuana/Duquenois - Levine Reagent | |
| | 1. ☒ On 7/14/06/2045 at 340 CLIFTON PLACE (location), Kings County, I observed the prisoner in possession of 39 (quantity) of ZIPLOCKS OF MARIJUANA (fill in substance/drug) recovered from FROM F/S/O 340 CLIFTON PLACE - DOG FOOD BAG (location e.g. hands, pants pocket, ground where defendant threw it) | |
| | 2. ☒ I have had professional training and experience as a police officer in the identification of the above recovered substance/drugs. | |
| | ☒ I have previously made arrests for criminal possession of the above recovered substance/drugs. | |
| | ☒ I have previously seized MARIJUANA (fill in recovered substance/drug) which was determined to be such by the police department laboratory, and the substance in this case possess the same physical characteristics as such previously identified substance or drugs. | |
| | ☒ By my professional training and experience as a police officer, I am familiar with the common methods of packaging MARIJUANA (fill in recovered substance/drug) and the ZIPLOCK BAG (fill in type of packaging of substance/drug) used to package the substance/drugs in this case is commonly used method of packaging such substance/drugs. | |
| | 3. Based upon the foregoing, the substance/drugs possessed by the prisoner is MARIJUANA (fill in recovered substance / drugs). | |
| 8 | **CERTIFICATION** - I hereby acknowledge the above statement and I tested the above substance / drugs and this report is a true and full copy of the original report made by me. False statements made herein are punishable as a class A misdemeanor pursuant to 210.45 of the Penal Law. | |
| | **Testing Officers Signature:** [signature] (If Undercover - personally sign shield number in lieu of name) | |
| 9 | Supervisor assuring accuracy in the preparation of this Field Test Report:  **Rank:** Sgt.  **Name (printed):** CABAN  **Signature:** [signature]  **Tax #** [redacted]  **Command:** NBBN | |

Dist:  1. White = District Attorney's Office    2. Blue = District Attorney's Office    3. Pink = Police Laboratory with vouchered drugs
       4. Buff = Officers Copy                  5. Green = Command Copy