Case 1:07-cv-03475-LAP  Document 7-8  Filed 07/23/2007  Page 1 of 4



# PROPERTY CLERK'S INVOICE

PD 521-141 (Rev. 5/01)-Pent

*Check only one of the below categories.*

**N083663**

- ☒ ARREST EVIDENCE
- ☐ DECEDENT'S PROPERTY
- ☐ FOUND PROPERTY
- ☐ INVESTIGATORY
- ☐ PEDDLER PROPERTY
- ☐ OTHER _____

DATE PREPARED: 2/24/06   YR 2006   PCT. 79

| Arresting/Assigned Officer | Rank | Shield No. | Tax Reg. No. | Command |
|---|---|---|---|---|
| Hwerrera | Det. | 7825 | ███ | BNND |

| Prisoner's Last Name | First | Age | Address (Include City, State, Zip Code, Apt.) | No. of Prisoners | Acc./Aided # |
|---|---|---|---|---|---|
| MCCLEOD | MELVIN | 42 | 340 clifton place bklyn ny | | |

| Date of Arrest | Arrest No. | Charge/Offense Under Investigation | Fel. | Misd. | J.D. | Viol. | Complaint No. |
|---|---|---|---|---|---|---|---|
| 2/24/06 | K06615879 | P.L. 220.16001 | ☒ | ☐ | ☐ | ☐ | |

| Finder of Property | Address | Telephone No. |
|---|---|---|
| A/O | 1 Police Plaza | |

| Owner's Name | Address | Telephone No. |
|---|---|---|
| S/A/A | | |

| Complainant's Name | Address | Telephone No. |
|---|---|---|
| PSNY | | |

| ITEM NO. | QUANTITY | ARTICLE | CASH VALUE U.S. Currency Only | DISPOSITION AND DATE |
|---|---|---|---|---|
| 1 | 1 | Blue ziplock of marijuana F/T/P | | |
| 2 | 22 | Blue zipplocks of marijuana | | |
| 3 | 1 | Clear ziplock of marijuana with green symbol F/t/P | | |
| 4 | 14 | Clear ziplocks of marijuana with green symbol | | |
| 5 | 1 | Large clear plastic bag of marijuana P/t/p | | |

xxxxxxxxxxxxxxxxxxxthe above items are a complete list of vouchered propertyxxxx

TOTAL

Additional Invoice Nos. Related to This Case Including Motor Vehicles

Pink Receipt Copy of Voucher Issued  ☐ Yes  ☐ Refused

**R.T.O.**   Owner/Claimant's Signature   Date   Time   Property Clerk Storage Location

REMARKS: *Briefly explain why the property was taken into custody (see instructions on BACK OF BLUE COPY).*

At t/p/lo the above items were found during executionnof a search warrant and vouchered in narcotics envelope#H288180 in s.E. #E110848

| Rank and Signature of Desk Officer | Tax No. | Signature of Arresting/Assigned Officer | Boro Storage No. |
|---|---|---|---|
| | | | |

| PROPERTY ON THIS VOUCHER DELIVERED TO PROPERTY CLERK'S OFFICE BY | Rank | Name | Command |
|---|---|---|---|

Property Clerk's Signature

**N083663**

DISTRIBUTION: WHITE - Prop. Clk. File   SECOND WHITE - Inventory Unit Copy   YELLOW - Prop. Clk. Work Copy
BLUE - Police Officer's Copy

  

# PROPERTY CLERK'S INVOICE

PD 521-141 (Rev. 5/01)-Pent

**N083654**

*Check only one of the below categories.*

☒ ARREST EVIDENCE    ☐ DECEDENT'S PROPERTY    ☐ FOUND PROPERTY

☐ INVESTIGATORY    ☐ PEDDLER PROPERTY    ☐ OTHER _____

DATE PREPARED: 2/24    YR 2006    PCT. 79

| Arresting/Assigned Officer | | Rank | Shield No. | Tax Reg. No. | Command |
|---|---|---|---|---|---|
| Herrera | d | det | 7825 | ▬▬▬ | NBBN |

| Prisoner's Last Name | First | Age | Address | No. of Prisoners | Acc./Aided # |
|---|---|---|---|---|---|
| McCleod, Melvin | | 42 | 340 cligton pl brooklyn ny | 09 | |

| Date of Arrest | Arrest No. | Charge/Offense Under Investigation | Fel. | Misd. | J.D. | Viol. | Complaint No. |
|---|---|---|---|---|---|---|---|
| 2/24/06 | K06615879 | 220.16 | ☒ | ☐ | ☐ | ☐ | |

| Finder of Property | Address | Telephone No. |
|---|---|---|
| a/o | | |

| Owner's Name | Address | Telephone No. |
|---|---|---|
| above perp | | |

| Complainant's Name | Address | Telephone No. |
|---|---|---|
| psny | | |

| ITEM NO. | QUANTITY | ARTICLE | CASH VALUE U.S. Currency Only | DISPOSITION | AND DATE |
|---|---|---|---|---|---|
| 01 | 13 | keys on key rings | | | |
| 02 | 01 | larghe ziplock w/ yellow tops | | | |
| 03 | 02 | utility bills | | | |
| | | xxx-xxxxabove is a complete list of property ovoucheredxxxxxxxx | | | |

TOTAL

Additional Invoice Nos. Related to This Case Including Motor Vehicles

Pink Receipt Copy of Voucher Issued ☐ Yes ☐ Refused

**R.T.O.**    Owner/Claimant's Signature    Date    Time    Property Clerk Storage Location

REMARKS: Briefly explain why the property was taken into custody (see instructions on BACK OF BLUE COPY).

abov elproperty is vouchered in pse#E12E110840

| Rank and Signature of Desk Officer | Tax No. | Signature of Arresting/Assigned Officer | Boro Storage No. |
|---|---|---|---|

| PROPERTY ON THIS VOUCHER DELIVERED TO PROPERTY CLERK'S OFFICE BY | Rank | Name | Command |
|---|---|---|---|

Property Clerk's Signature

**N083654**

DISTRIBUTION: WHITE - Prop. Clk. File    SECOND WHITE - Inventory Unit Copy    YELLOW - Prop. Clk. Work Copy

  

# PROPERTY CLERK'S INVOICE

PD 521-141 (Rev. 5/01)-Pent

*Check only one of the below categories.*

**N083656**

☒ ARREST EVIDENCE   ☐ DECEDENT'S PROPERTY   ☐ FOUND PROPERTY
☐ INVESTIGATORY   ☐ PEDDLER PROPERTY   ☐ OTHER _____

DATE PREPARED: 2/24/06   YR 2006   PCT. 79

| Arresting/Assigned Officer | Rank | Shield No. | Tax Reg. No. | Command |
|---|---|---|---|---|
| Herrera | Dert. | 7825 | | BWND |

| Prisoner's Last Name | First | Age | Address (Include City, State, Zip Code, Apt.) | No. of Prisoners | Acc./Aided # |
|---|---|---|---|---|---|
| ,MCCLEOD | MELVIN | 42 | 340 Clifton Place bklyn NY | | |

| Date of Arrest | Arrest No. | Charge/Offense Under Investigation | Fel. | Misd. | J.D. | Viol. | Complaint No. |
|---|---|---|---|---|---|---|---|
| 2/24/06 | K06601579H | P.L. 220.16-01 | ☒ | ☐ | ☐ | ☐ | |

| Finder of Property | Address | Telephone No. |
|---|---|---|
| A/O | 1 police Plaza | |

| Owner's Name | Address | Telephone No. |
|---|---|---|
| S/A/A | | |

| Complainant's Name | Address | Telephone No. |
|---|---|---|
| PSNY | | |

| ITEM NO. | QUANTITY | ARTICLE | CASH VALUE U.S. Currency Only | | DISPOSITION | AND DATE |
|---|---|---|---|---|---|---|
| 1 | 1 | 10.00 bill USC | 10 | 00 | | |
| 2 | 5 | 1.00 bill USC | 5 | 00 | | |
| | | xxxxxxxxxxxxxxxxxxxxxxthe above items are a complete list of vouchered porpertyxxx | | | | |
| | | TOTAL | 15 | 00 | | |

Additional Invoice Nos. Related to This Case Including Motor Vehicles

Pink Receipt Copy of Voucher Issued  ☐ Yes  ☐ Refused

**R.T.O.**   Owner/Claimant's Signature   Date   Time   Property Clerk Storage Location

REMARKS: *Briefly explain why the property was taken into custody (see instructions on BACK OF BLUE COPY).*

At t/p/o the above property was found in the defendants possession during the execution of a search warrant. Stored in security envelope #E110842 Signed and stamped by a/o.

| Rank and Signature of Desk Officer | Tax No. | Signature of Arresting/Assigned Officer | Boro Storage No. |
|---|---|---|---|
| | | | |

| PROPERTY ON THIS VOUCHER DELIVERED TO PROPERTY CLERK'S OFFICE BY: | Rank | Name | Command |
|---|---|---|---|

Property Clerk's Signature

**N083656**

DISTRIBUTION: WHITE - Prop. Clk. File   SECOND WHITE - Inventory Unit Copy   YELLOW - Prop. Clk. Work Copy
BLUE - Police Officer's Copy   GREEN -




# PROPERTY CLERK'S INVOICE

PD 521-141 (Rev. 5/01)-Pent

*Check only one of the below categories.*

**N083657**

- [x] ARREST EVIDENCE
- [ ] DECEDENT'S PROPERTY
- [ ] FOUND PROPERTY
- [ ] INVESTIGATORY
- [ ] PEDDLER PROPERTY
- [ ] OTHER _____

DATE PREPARED: 2/24    YR 2006    PCT. 79

| Arresting/Assigned Officer | Rank | Shield No. | Tax Reg. No. | Command |
|---|---|---|---|---|
| Herrera | det | 7825 | ▓▓▓▓ | NBBN |

| Prisoner's Last Name First | Age | Address (Include City, State, Zip Code, Apt.) | No. of Prisoners | Acc./Aided # |
|---|---|---|---|---|
| McCleod, Melvin | 42 | 340 clifton pl brooklyn ny | 09 | |

| Date of Arrest | Arrest No. | Charge/Offense Under Investigation | Fel. | Misd. | J.D. | Viol. | Complaint No. |
|---|---|---|---|---|---|---|---|
| 2/24/06 | K06615879 | 220.16 | ☒ | ☐ | ☐ | ☐ | |

| Finder of Property | Address | Telephone No. |
|---|---|---|
| a/o | | |

| Owner's Name (See Instructions) | Address | Telephone No |
|---|---|---|
| above perp | | |

| Complainant's Name | Address | Telephone No. |
|---|---|---|
| psny | | |

| ITEM NO. | QUANTITY | ARTICLE | CASH VALUE U.S. Currency Only | DISPOSITION | AND DATE |
|---|---|---|---|---|---|
| 01 | 03 | ziplocks of clear empthy vials | | | |
| 02 | 02 | ziplocks of redtop vials | | | |
| 03 | 04 | ziplocks of yellow top vials | | | |
| 04 | 01 | large bag of empty redtop vials | | | |
| | | xxxxxxxxabove is a complete llist of property vouchheredxxxxx | | | |

TOTAL

Additional Invoice Nos. Related to This Case Including Motor Vehicles

**R.T.O.**   Owner/Claimant's Signature   Date   Time

Pink Receipt Copy of Voucher Issued ☐ Yes ☐ Refused
Property Clerk Storage Location

REMARKS: *Briefly explain why the property was taken into custody (see instructions on BACK OF BLUE COPY).*

above property is vouchered in pse#E110843

| Rank and Signature of Desk Officer | Tax No. | Signature of Arresting/Assigned Officer | Boro Storage No. |
|---|---|---|---|

| PROPERTY ON THIS VOUCHER DELIVERED TO PROPERTY CLERK'S OFFICE BY: | Rank | Name | Command |
|---|---|---|---|

Property Clerk's Signature

**N083657**

DISTRIBUTION: WHITE - Prop. Clk. File    SECOND WHITE - Inventory Unit Copy    YELLOW - Prop. Clk. Work Copy
BLUE - Police Officer's Copy    GREEN - Evidence Release/Investigation...