# PROPERTY CLERK'S INVOICE

PD 521-141 (Rev. 5/01)-Print

*Check only one of the below categories.*

**N083663**

- ☒ ARREST EVIDENCE
- ☐ INVESTIGATORY
- ☐ DECEDENT'S PROPERTY
- ☐ PEDDLER PROPERTY
- ☐ FOUND PROPERTY
- ☐ OTHER _____

DATE PREPARED: 2/24/06      YR 2006      PCT. 79

| Arresting/Assigned Officer | Rank | Shield No. | Tax Reg. No. | Command |
|---|---|---|---|---|
| Hwerrera | Det. | 7825 | | BNND |

| Prisoner's Last Name | First | Age | Address (Include City, State, Zip Code, Apt.) | No. of Prisoners | Acc./Aided # |
|---|---|---|---|---|---|
| MCCLEOD | MELVIN | 42 | 340 clifton place bklyn ny | | |

| Date of Arrest | Arrest No. | Charge/Offense Under Investigation | Fel. | Misd. | J.D. | Viol. | Complaint No. |
|---|---|---|---|---|---|---|---|
| 2/24/06 | K06615870H | P.L. 220.16001 | ☒ | ☐ | ☐ | ☐ | |

| Finder of Property | Address (Include City, State, Zip Code, Apt.) | Telephone No. |
|---|---|---|
| A70 | 1 Police Plaza | |

| Owner's Name (See Instructions) | Address (Include City, State, Zip Code, Apt.) | Telephone No. |
|---|---|---|
| S/A/A | | |

| Complainant's Name | Address (Include City, State, Zip Code, Apt.) | Telephone No. |
|---|---|---|
| PSNY | | |

| ITEM NO. | QUANTITY | ARTICLE | CASH VALUE U.S. Currency Only | DISPOSITION (For Property Clerk's Use Only) | AND DATE |
|---|---|---|---|---|---|
| 1 | 1 | Blue ziplock of marijuanaF/T/P | | | |
| 2 | 22 | Blue zipplocks of marijuana | | | |
| 3 | 1 | Clear siplock of marijuana with green symbol F/T/P | | | |
| 4 | 14 | Clear ziplocks of marijuana with green symbol | | | |
| 5 | 1 | Large clear plastic bag of marijuana P/t/p | | | |
| XXXXXXXXXXXXXXXXthe above items are a complete list of vouchered propertysxxxx | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | TOTAL | |

Additional Invoice Nos. Related to This Case Including Motor Vehicles

Pink Receipt Copy of Voucher Issued ☐ Yes ☐ Refused

| R.T.O. | Owner/Claimant's Signature | Date | Time | Property Clerk Storage Location |
|---|---|---|---|---|

REMARKS: *Briefly explain why the property was taken into custody (see instructions on BACK OF BLUE COPY).*

At t/p/lo the above items were found during executionnof a search warrant and vouchered in narcoties envelope#H288180 in s.E. #E110848

| Rank and Signature of Desk Officer | Tax No. | Signature of Arresting/Assigned Officer | Boro Storage No. |
|---|---|---|---|

| PROPERTY ON THIS VOUCHER DELIVERED TO PROPERTY CLERK'S OFFICE BY | Rank | Name | Command |
|---|---|---|---|

Property Clerk's Signature

**N083663**

  

# PROPERTY CLERK'S INVOICE

PD 521-141 (Rev. 5/01)-Pent

*Check only one of the below categories.*

**N083654**

☒ ARREST EVIDENCE ☐ DECEDENT'S PROPERTY ☐ FOUND PROPERTY
☐ INVESTIGATORY ☐ PEDDLER PROPERTY ☐ OTHER _____

DATE PREPARED: 2/24    YR 2006    PCT. 79

| Arresting/Assigned Officer | | Rank | Shield No. | Tax Reg. No. | Command |
|---|---|---|---|---|---|
| Herrera | d | det | 7825 | | NBBN |

| Prisoner's Last Name | First | Age | Address (Include City, State, Zip Code, Apt.) | No. of Prisoners | Acc./Aided # |
|---|---|---|---|---|---|
| McCleod, Melvin | | 42 | 340 cligton pl brooklyn ny | 09 | |

| Date of Arrest | Arrest No. | Charge/Offense Under Investigation | Fel. | Misd. | J.D. | Viol. | Complaint No. |
|---|---|---|---|---|---|---|---|
| 2/24/06 | K06615879 | 220.16 | ☒ | ☐ | ☐ | ☐ | |

| Finder of Property | Address (Include City, State, Zip Code, Apt.) | Telephone No. |
|---|---|---|
| a/o | | |

| Owner's Name (See Instructions) | Address (Include City, State, Zip Code, Apt.) | Telephone No. |
|---|---|---|
| above perp | | |

| Complainant's Name | Address (Include City, State, Zip Code, Apt.) | Telephone No. |
|---|---|---|
| psny | | |

| ITEM NO. | QUANTITY | ARTICLE | CASH VALUE U.S. Currency Only | DISPOSITION *(For Property Clerk's Use Only)* | AND DATE |
|---|---|---|---|---|---|
| 01 | 13 | keys on key rings | | | |
| 02 | 01 | larghe ziplock w/ yellow tops | | | |
| 03 | 02 | utility bills | | | |
| | | xxx-xxxxabove is a complete list of property ovoucheredxxxxxxxx | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | TOTAL | | |

Additional Invoice Nos. Related to This Case Including Motor Vehicles

| | Pink Receipt Copy of Voucher Issued ☐ Yes ☐ Refused | |
|---|---|---|
| **R.T.O.** Owner/Claimant's   Signature   Date   Time | Property Clerk Storage Location | |

REMARKS: *Briefly explain why the property was taken into custody (see instructions on BACK OF BLUE COPY).*

abov eiproperty is ~~vouchered~~ vouchered in pse#K1RE110840

| Rank and Signature of Desk Officer | Tax No. | Signature of Arresting/Assigned Officer | Boro Storage No. |
|---|---|---|---|

| PROPERTY ON THIS VOUCHER DELIVERED TO PROPERTY CLERK'S OFFICE BY | Rank | Name | Command |
|---|---|---|---|
| Property Clerk's Signature | | | |

**N083654**

DISTRIBUTION: WHITE - Prop. Clk. File    SECOND WHITE - Inventory Unit Copy    YELLOW - Prop. Clk. Work Copy
BLUE - Police Officer's Copy    GREEN - Evidence D...



# PROPERTY CLERK'S INVOICE

PD 521-141 (Rev. 5/01)-Pent

*Check only one of the below categories.*

## N083656

☒ ARREST EVIDENCE  ☐ DECEDENT'S PROPERTY  ☐ FOUND PROPERTY

☐ INVESTIGATORY  ☐ PEDDLER PROPERTY  ☐ OTHER _____

**DATE PREPARED:** 2/24/06  YR 2006  PCT. 79

| Arresting/Assigned Officer | Rank | Shield No. | Tax Reg. No. | Command |
|---|---|---|---|---|
| **Herrera** | Dert | 7825 | | **BKND** |

| Prisoner's Last Name | First | Age | Address (Include City, State, Zip Code, Apt.) | No. of Prisoners | Acc./Aided # |
|---|---|---|---|---|---|
| ,MCCLEOD | MELVIN | 42 | 340 Clifton Place bklyn NY | | |

| Date of Arrest | Arrest No. | Charge/Offense Under Investigation | Fel. | Misd. | J.D. | Viol. | Complaint No. |
|---|---|---|---|---|---|---|---|
| 2/24/06 | K06601579H | P.L. 220.16-01 | ☒ | ☐ | ☐ | ☐ | |

| Finder of Property | Address (Include City, State, Zip Code, Apt.) | Telephone No. |
|---|---|---|
| A/O | 1 police Plaza | |

| Owner's Name (See Instructions) | Address (Include City, State, Zip Code, Apt.) | Telephone No. |
|---|---|---|
| S/A/A | | |

| Complainant's Name | Address (Include City, State, Zip Code, Apt.) | Telephone No. |
|---|---|---|
| PSNY | | |

| ITEM NO. | QUANTITY | ARTICLE | CASH VALUE U.S. Currency Only | | DISPOSITION *(For Property Clerk's Use Only)* AND DATE |
|---|---|---|---|---|---|
| 1 | 1 | 10.00 bill USC | 10 | 00 | |
| 2 | 5 | 1.00 bill USC | 5 | 00 | |
| xxxxxxxxxxxxxxxxxxxxthe above items are a complete list of vouchered porpertyxxx | | | | | |
| | | | | | |
| | | TOTAL | 15 | 00 | |

Additional Invoice Nos. Related to This Case Including Motor Vehicles

| | Pink Receipt Copy of Voucher Issued ☐ Yes ☐ Refused | |
|---|---|---|
| **R.T.O.** Owner/Claimant's Signature Date Time | Property Clerk Storage Location | |

**REMARKS:** *Briefly explain why the property was taken into custody (see instructions on BACK OF BLUE COPY).*

At t/p/o the above property was found in the defendants possession during the execution of a search warrant. Stored in security envelope #E110842 Signed and stamped by a/o.

| Rank and Signature of Desk Officer | Tax No. | Signature of Arresting/Assigned Officer | Boro Storage No. |
|---|---|---|---|

| PROPERTY ON THIS VOUCHER DELIVERED TO PROPERTY CLERK'S OFFICE BY: | Rank | Name | Command |
|---|---|---|---|

Property Clerk's Signature

## N083656

 

# PROPERTY CLERK'S INVOICE

PD 521-141 (Rev. 5/01)-Pent

*Check only one of the below categories.*

## N083657



☑ ARREST EVIDENCE ☐ DECEDENT'S PROPERTY ☐ FOUND PROPERTY
☐ INVESTIGATORY ☐ PEDDLER PROPERTY ☐ OTHER

DATE PREPARED: 2/24    YR 2006    PCT. 79

| Arresting/Assigned Officer<br>**Herrera** | Rank<br>**det** | Shield No.<br>**7825** | Tax Reg. No. | Command<br>**NBBN** |
|---|---|---|---|---|

| Prisoner's Last Name   First<br>**McCleod, Melvin** | Age<br>**42** | Address (Include City, State, Zip Code, Apt.)<br>**340 clifton pl brooklyn ny** | No. of Prisoners<br>**09** | Acc./Aided # |
|---|---|---|---|---|

| Date of Arrest<br>**2/24/06** | Arrest No.<br>**K06615879** | Charge/Offense Under Investigation<br>**220.16** | Fel.<br>☒ | Misd.<br>☐ | J.D.<br>☐ | Viol.<br>☐ | Complaint No. |
|---|---|---|---|---|---|---|---|

| Finder of Property<br>**a/o** | Address (Include City, State, Zip Code, Apt.) | Telephone No. |
|---|---|---|
| Owner's Name (See Instructions)<br>**above perp** | Address (Include City, State, Zip Code, Apt.) | Telephone No |
| Complainant's Name<br>**psny** | Address (Include City, State, Zip Code, Apt.) | Telephone No. |

| ITEM NO. | QUANTITY | ARTICLE | CASH VALUE<br>U.S. Currency Only | DISPOSITION *(For Property Clerk's Use Only)* AND DATE |
|---|---|---|---|---|
| 01 | 03 | ziplocks of clear empthy vials | | |
| 02 | 02 | ziplocks of redtop vials | | |
| 03 | 04 | ziplocks of yellow top vials | | |
| 04 | 01 | large bag of empty redtop vials | | |
| | | xxxxxxxxabove is a complete llist of property voucheredxxxxx | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | TOTAL | | |

Additional Invoice Nos. Related to This Case Including Motor Vehicles

| **R.T.O.** | Owner/Claimant's    Signature    Date    Time | Pink Receipt Copy of Voucher Issued ☐ Yes ☐ Refused<br>Property Clerk Storage Location |
|---|---|---|

REMARKS: *Briefly explain why the property was taken into custody (see instructions on BACK OF BLUE COPY).*

**above property is vouchered in pse#E110843**

| Rank and Signature of Desk Officer | Tax No. | Signature of Arresting/Assigned Officer | Boro Storage No. |
|---|---|---|---|
| PROPERTY ON THIS VOUCHER DELIVERED TO PROPERTY CLERK'S OFFICE BY: | Rank | Name | Command |
| Property Clerk's Signature | | | |

## N083657

DISTRIBUTION: WHITE - Prop. Clk. File    SECOND WHITE - Inventory Unit Copy    YELLOW - Prop. Clk. Work Copy
BLUE - Police Officer's Copy    GREEN - Evidence Release/Investigation Copy    PINK - Prisoner's Copy