AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOuthern DISTRICT OF New York

## APPEARANCE

Case Number: 07-CV-3475

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
Melvin McCleod

Melvin McCvleod v. City of New York, et al

I certify that I am admitted to practice in this court.

8/3/2007
Date

Signature

Andrew B. Stoll, Stoll, Glickman & Bellina, LL    AS8808
Print Name                                        Bar Number

71 Nevins Street
Address

Brooklyn             NY              11217
City                 State           Zip Code

716-850-3710         716-850-3586
Phone Number         Fax Number