USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------

MELVIN McCLEOD,

                                                           Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE COMMISSIONER
RAYMOND W. KELLY, DEPUTY INSPECTOR PHILIP
BANKS, LT. JOHN GARRITY, DETECTIVE SONIA
HERRERA, DETECTIVE MICHAEL KNOTT, DETECTIVE
RAMONITA PEREZ, DETECTIVE MORALES, POLICE
OFFICER TEJADA, POLICE OFFICER SIMONETTI, POLICE
OFFICERS # JOHN DOE 1 & 2,

                                                           Defendants.

------------------------------------------------------------------x

STIPULATION AND
ORDER OF SETTLEMENT
AND DISCONTINUANCE

07 Civ. 3475 (LAP)

      **WHEREAS,** plaintiff Melvin McLeod commenced this action by filing a complaint on or about May 1, 2007, alleging that defendants violated his constitutional rights; and

      **WHEREAS,** defendants have denied any and all liability arising out of plaintiff's allegations; and

      **WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

      1. The above-referenced action is hereby dismissed, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

      2. Defendant City of New York hereby agrees to pay plaintiff Melvin McLeod the sum of *Five Thousand Dollars ($5,000.00)* in full satisfaction of all claims,

including claims for costs, fees and expenses. In consideration for the payment of this sum, plaintiff Melvin McLeod agrees to dismissal with prejudice of all claims against defendants, and to release all defendants, and any present or former employees or agents of the City of New York, and the New York City Police Department, from any and all liability, claims, or rights of action under state or federal law arising from and contained in the complaint in this action, including claims for costs, expenses or attorneys fees.

3. Plaintiff Melvin McCleod shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a release based on the terms of paragraph "2" above, and an Affidavit of No Liens.

4. Nothing contained herein shall be deemed to be an admission by defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York, or the New York City Police Department.

6. This Stipulation and Order, comprising three typewritten pages, contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto or to vary the terms and conditions contained herein

Dated: New York, New York
October/November 1?, 2007

Andrew Stoll, Esq.
Stoll, Glickman & Belina
71 Nevins Street
Brooklyn, N.Y. 11217
(718) 852-3710

By: _____
Andrew Stoll, Esq.( AS 8808 )

MICHAEL A. CARDOZO
Corporation Counsel
  of the City of New York
Attorney for Defendants City of New York, Commissioner Raymond W. Kelly, Deputy Chief Phillip Banks III, Sonia Herrera, and Ramonita Perez
100 Church Street, Room 3-186
New York, N.Y. 10007
(212) 788-8084

By: _____
David M. Hazan (DH-8611)
Assistant Corporation Counsel
Special Federal Litigation Division

SO ORDERED:

_____
Honorable Loretta A. Preska
United States District Judge, S.D N.Y.

The Clerk of the Court shall mark this action closed and all pending motions as denied as moot.

SO ORDERED:
_Loretta A. Preska_
LORETTA A. PRESKA, U.S.D.J.



MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

DAVID M. HAZAN
Phone (212) 788-6084
Fax (212) 788-9776
E-mail dhazan@law.nyc.gov

November 20, 2007

**VIA FIRST CLASS MAIL**
Honorable Loretta A. Preska
United States District Judge
United States District Court, S.D.N.Y.
500 Pearl Street
New York, New York 10007

Re: Melvin McCleod v. City of New York et al., 07 Civ. 3475 (LAP)

Your Honor:

Enclosed please find the executed Stipulation and Order of Dismissal in the above-referenced matter for the Court's endorsement and filing.

Thank you very much for your consideration herein.

Respectfully submitted,

David Hz-

David M. Hazan (DH-8611)
Assistant Corporation Counsel
Special Federal Litigation Division

cc:   Via First Class Mail
      Andrew Stoll, Esq.
      Stoll, Glickman & Belina
      71 Nevins Street
      Brooklyn, New York 11217